

# NUMBER 13-16-00507-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**IN RE BARBARA PETROHAN AS MEMBER/MANAGER
OF ANIMAL MEDICAL CENTER OF MCALLEN, L.L.C.**

---

## On Petition for Writ of Injunction.

---

# ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Per Curiam Order**

Relator, Barbara Petrohan as member/manager of Animal Medical Center of McAllen, L.L.C., filed a petition for writ of injunction with a request for emergency relief in the above cause on September 26, 2016. Through this original proceeding, relator seeks to prevent the appointed receiver, Gil Peralez, from taking any action to manage, dissolve, or wind up Animal Medical Center of McAllen, L.L.C. until relator's appeal, currently docketed in this Court as our cause number 13-16-00506-CV, has been finally determined.

The Court, having examined and fully considered the request for emergency relief, is of the opinion that the request should be granted in part and denied in part. The request for emergency relief is GRANTED insofar as we direct receiver Peralez to refrain from taking any action to dissolve or wind up Animal Medical Center of McAllen, L.L.C. The request for emergency relief is DENIED insofar far as we direct receiver Peralez to conserve Animal Medical Center of McAllen, L.L.C. and its business and to avoid any damage to the parties interested in this entity. This order will remain in effect pending further order of this Court.

The Court requests that the real party in interest, Robert Zamorano, or any others whose interest would be directly affected by the relief sought, including but not limited to receiver Peralez, file a response to the petition for writ of injunction on or before the expiration of ten days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
27th day of September, 2016.